# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | VERDICT |
| V. | CASE NUMBER: 1:15-cr-00024-MOC-DLH |
| Kendrick Jerel Lattimore | |

The Defendant was found guilty as to count 1.  IT IS ORDERED that the Defendant is guilty after a bench trial was held on August 24, 2015.

Signed: August 26, 2015

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge