# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

UNITED STATES OF AMERICA

V.

KENDRICK JEREL LATTIMORE  CASE NUMBER: 1:15-cr-24

THIS MATTER is before the Court sua sponte.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport & produce the body of Defendant, Kendrick Jerel Lattimore (USM# 29952-058), for an evidentiary hearing before the honorable Max O. Cogburn, Jr., in the Western District of North Carolina, Asheville, not later than October 23, 2017, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: August 23, 2017

*Max O. Cogburn Jr.*
United States District Judge